RICHARD J. MOLIN (SBN 066894)
EDWARD V. RIZZUTO (SBN 250930)
STEWART HUMPHERYS
MOLIN & GRIFFITH, LLP
Post Office Box 720
Chico, California 95927
(530) 891-6111
Fax: (530) 894-2103

DANIEL E. WILCOXEN (SBN 054805)
EDWARD DEACON (SBN 127638)
WILCOXEN & CALLAHAM
2114 K Street
Sacramento, CA 95826
(916) 442-2777
Fax: (916) 442-4118

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JESSIE P. CONTRERAS, by and through his Special Administrator, LEONOR CONTRERAS; LEONOR CONTRERAS, mother of JESSIE P. CONTRERAS, deceased, individually; and JANINE ARLETTE LAUREANA ARANDA, a Minor, daughter of JESSIE P. CONTRERAS, deceased, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF GLENN; GLENN COUNTY SHERIFF'S DEPARTMENT; LARRY JONES, LT. TIM ASBURY, LT. REVOLINSKI, LT. WARREN, SGT. WHITE, DEE DEE NELSON, E. CHAVEZ, individually; GLENN MEDICAL CENTER INC; and DOES 1 to 50, Inclusive;<br><br>Defendants<br>_____/ | Case No.: 2:09-CV-02468-JAM-EFB<br><br>PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM FOR PLAINTIFF JANINE ARLETTE LAUREANA ARANDA |

Petitioner EDWARD RIZZUTO states as follows:

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1. SHANNON GRIFFITH is over the age of 18 and not a party to this action. SHANNON GRIFFITH'S business address is Stewart Humpherys Molin & Griffith, LLP, 3120 Cohasset Road, No. 6, Chico, California 95973.

2. An action against GLENN COUNTY, GLENN COUNTY SHERIFF'S DEPARTMENT, GLENN MEDICAL CENTER and a number of individual defendants is pending in this Court for damages arising from the August, 2008 suicide death of JESSIE PAUL CONTRERAS which occurred while JESSIE PAUL CONTRERAS was an inmate at the Glenn County Jail.

3. JANINE ARLETTE LAUREANA ARANDA, a minor whose birthdate is July 16, 2000, is the natural daughter of JESSIE PAUL CONTRERAS.

4. JANINE ARLETTE LAUREANA ARANDA currently resides in Mexico.

5. By its Order in this case filed on July 17, 2010, the Court has allowed JANINE ARLETTE LAUREANA ARANDA to be named as a plaintiff in this case to pursue certain state law wrongful death and 42 U.S.C. § 1983 civil rights claims against the defendants.

6. JANINE ARLETTE LAUREANA ARANDA does not currently have a conservator or guardian.

7. A petition for appointment of a guardian ad-litem has not previously been filed on behalf of JANINE ARLETTE LAUREANA ARANDA in this case.

8. SHANNON GRIFFITH is willing to serve as the guardian ad-litem for JANINE ARLETTE LAUREANA ARANDA in this case, is competent to do so, and consents to such appointment.

PDF created with pdfFactory trial version www.pdffactory.com

WHEREFORE, petitioner hereby moves the Court for an order appointing SHANNON GRIFFITH as the guardian ad-litem for JANINE ARLETTE LAUREANA ARANDA for the purpose of bringing the herein referenced action.

Dated: December 14, 2010                             Respectfully submitted,

                                                STEWART HUMPHERYS
                                                MOLIN & GRIFFITH, LLP

                                      By:__ _____
                                            EDWARD V. RIZZUTO
                                            Attorneys for Plaintiffs

I, SHANNON GRIFFITH, nominee of the Petitioner, consent to act as guardian ad-litem for JANINE ARLETTE LAUREANA ARANDA, a minor, in this action.

Dated: December 14, 2010

                                                                  _____

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

The petition for an order appointing SHANNON GRIFFITH as guardian ad-litem for JANINE ARLETTE LAUREANA ARANDA is GRANTED.

IT IS HEREBY ORDERED.

Dated:  12/21/2010                                    /s/ John A. Mendez
                                                                United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com