1  RICHARD J. MOLIN (SBN 066894)
   EDWARD V. RIZZUTO (SBN 250930)
2  **STEWART HUMPHERYS**
   **MOLIN & GRIFFITH, LLP**
3  Post Office Box 720
   Chico, California 95927
4  (530) 891-6111
   Fax: (530) 894-2103
5
   DANIEL E. WILCOXEN (SBN 054805)
6  E. S. DEACON (SBN 127638)
   **WILCOXEN CALLAHAM, LLP**
7  2114 K Street
   Sacramento, California 95816
8  Telephone: (916) 442-2777
   Facsimile: (916) 442-4118
9
   Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JESSIE P. CONTRERAS, by and through his Special Administrator, LEONOR CONTRERAS; LEONOR CONTRERAS, mother of JESSIE P. CONTRERAS, deceased, individually; and JANINE ARLETTE LAUREANA ARANDA, a Minor, daughter of JESSIE P. CONTRERAS, deceased, individually, by and through her guardian ad-litem, SHANNON GRIFFITH, | Case No. 2:09-CV-02468-JAM-EFB<br><br>STIPULATION AND ORDER REGARDING DISMISSAL |
| Plaintiffs,<br>-v- | |
| COUNTY OF GLENN; GLENN COUNTY SHERIFF'S DEPARTMENT; LARRY JONES, LT. TIM ASBURY, LT. REVOLINSKI, LT. WARREN, SGT. WHITE, DEE DEE NELSON, AND E. CHAVEZ, individually; GLENN MEDICAL CENTER, INC., and DOES 1 to 50, Inclusive; | |
| Defendants.<br>_____/ | |

/ / /

/ / /

1

00046916    STIPULATION AND PROPOSED ORDER REGARDING DISMISSAL

1  The parties herein stipulate that the dismissal in this matter will be filed within 45 days of the
2  Court's ruling on the Minor's Compromise.

3

4  DATED:  February 23, 2012.                    WILCOXEN CALLAHAM, LLP

5

6
                                          By:    /s/ - E. S. Deacon
7                                                E. S. DEACON # 127638
                                                 Attorneys for Plaintiffs ESTATE OF JESSIE P.
8                                                CONTRERAS, by and through his Special
                                                 Administrator, LEONOR CONTRERAS;
9                                                LEONOR CONTRERAS, mother of JESSIE P.
                                                 CONTRERAS, deceased, individually; and
10                                               JANINE ARLETTE LAUREANA ARANDA,
                                                 a Minor, daughter of JESSIE P. CONTRERAS,
11                                               deceased, individually, by and through her
                                                 guardian ad-litem, SHANNON GRIFFITH
12

13
    DATED:  February 23, 2012.                   STEWART HUMPHERYS
14                                               MOLIN & GRIFFITH, LLP

15

16                                        By:    /s/ - Richard Molin
                                                 Richard Molin #  066894
17                                               Attorneys for Plaintiffs ESTATE OF JESSIE P.
                                                 CONTRERAS, by and through his Special
18                                               Administrator, LEONOR CONTRERAS;
                                                 LEONOR CONTRERAS, mother of JESSIE P.
19                                               CONTRERAS, deceased, individually; and
                                                 JANINE ARLETTE LAUREANA ARANDA,
20                                               a Minor, daughter of JESSIE P. CONTRERAS,
                                                 deceased, individually, by and through her
21                                               guardian ad-litem, SHANNON GRIFFITH

22

23  DATED:  February 23, 2012.                   LAW OFFICES OF DENNIS HALSEY

24

25
                                          By:    /s/ - Dennis Halsey
26                                               Dennis Halsey
                                                 Attorneys for Defendants, TIMOTHY
27                                               ASBURY, RICHARD WARREN, PHILIP
                                                 REVOLINSKY, HAROLD WHITE, DEE DEE
28                                               NELSON, AND EMMANUEL CHAVEZ

00046916    STIPULATION AND PROPOSED ORDER REGARDING DISMISSAL

DATED: February 23, 2012.

LAW OFFICES OF LEONARD G. KRUP

By: /s/ - Leonard G. Krup
Leonard G. Krup
Attorneys for Defendants, COUNTY OF GLENN, GLENN COUNTY SHERIFF'S DEPARTMENT, AND SHERIFF LARRY JONES

DATED: February 23, 2012.

SCHUERING ZIMMERMAN & DOYLE, LLP

By: /s/ - Robert Zimmerman
Robert H. Zimmerman
Attorneys for Defendant GLENN MEDICAL CENTER, INC.

## ORDER

**IT IS SO ORDERED:** The dismissal in this matter shall be filed within 45 days of the Court's ruling on the Minor's Compromise.

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE,
EASTERN DISTRICT **OF CALIFORNIA**

00046916   STIPULATION AND PROPOSED ORDER REGARDING DISMISSAL

**Estate of Jessie P. Contreras v. County of Glenn, et al.**     2:09-CV-02468-JAM-EFB

## PROOF OF SERVICE

I am a citizen of the United States, and employed in the County of Sacramento. I am over the age of eighteen (18) years, and not a party to the within above-entitled action. My business address is 2114 K Street, Sacramento, CA 95816. I served:

**STIPULATION AND PROPOSED ORDER REGARDING DISMISSAL**

on each party listed hereinbelow, via the following method:

| | |
|---|---|
| Robert H. Zimmerman, Esq.<br>Schuering Zimmerman & Doyle, LLP<br>400 University Avenue<br>Sacramento, California 95825-6502<br>916-567-0400<br>F: 916-568-0400<br>rhz@szs.com<br>Attorneys for Defendant GLENN MEDICAL CENTER, INC. | Richard J. Molin, Esq.<br>Stewart Humperys Molin & Griffith, LLP<br>Post Office Box 720<br>Chico, California 95927<br>(530) 891-6111<br>F: (530) 894-2103<br>richard@chicolaw.com<br>Co-Counsel and Attorneys for Plaintiffs, ESTATE OF JESSIE P. CONTRERAS, by and through his Special Administrator, LEONOR CONTRERAS; LEONOR CONTRERAS, mother of JESSIE P. CONTRERAS, deceased, individually; and JANINE ARLETTE LAUREANA ARANDA, a Minor, daughter of JESSIE P. CONTRERAS, deceased, individually, by and through her guardian ad litem, SHANNON GRIFFITH |
| Leonard G. Krup, Esq.<br>Attorney at Law<br>510 W. Wood Street<br>Willows, California 95988<br>(530) 798-5022<br>F: (530) 934-8090<br>gkrup@aol.com<br>Attorney for Defendants COUNTY OF GLENN, GLENN COUNTY SHERIFF'S DEPARTMENT, AND SHERIFF LARRY JONES | Dennis Halsey, Esq.<br>Law Offices of Dennis Halsey<br>9 Highland Circle<br>Chico, California 95926<br>(530) 345-1976<br>No fax number.<br>dhlaw1@hotmail.com<br>Attorney for Defendants TIMOTHY ASBURY, PHILIP REVOLINSKY, RICHARD WARREN, HAROLD WHITE, DEE DEE NELSON, AND EMMANUEL CHAVEZ |

__XXX__  **Via U.S. Postal Service**. By depositing for collection and mailing, following ordinary business practices (I am familiar with the business practices of the law offices of Wilcoxen Callahan Montgomery & Deacon for collecting and processing mail, and know that the mail in said office is collected and processed so that this piece of mail was deposited with the United States Postal Service on the same date indicated hereinbelow), a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 27, 2012, at Sacramento, California.

                                                  /s/ Holly Mills
                                                   Holly Mills

00046916     STIPULATION AND PROPOSED ORDER REGARDING DISMISSAL