1   RICHARD J. MOLIN (SBN 066894)
    EDWARD V. RIZZUTO (SBN 250930)
2   **STEWART HUMPHERYS**
    **MOLIN & GRIFFITH, LLP**
3   Post Office Box 720
    Chico, California 95927
4   (530) 891-6111
    Fax: (530) 894-2103
5
    DANIEL E. WILCOXEN (SBN 054805)
6   E. S. DEACON (SBN 127638)
    **WILCOXEN CALLAHAM, LLP**
7   2114 K Street
    Sacramento, California 95816
8   Telephone: (916) 442-2777
    Facsimile: (916) 442-4118
9
    Attorneys for Plaintiffs
10
                    **UNITED STATES DISTRICT COURT**
11
                    **EASTERN DISTRICT OF CALIFORNIA**
12

13

14  ESTATE OF JESSIE P. CONTRERAS, by          Case No. 2:09-CV-02468-JAM-EFB
    and through his Special Administrator,
    LEONOR CONTRERAS; LEONOR                    STIPULATION AND ORDER
15  CONTRERAS, mother of JESSIE P.              REGARDING DISMISSAL
    CONTRERAS, deceased, individually; and
16  JANINE ARLETTE LAUREANA
    ARANDA, a Minor, daughter of JESSIE P.
17  CONTRERAS, deceased, individually, by
    and through her guardian ad-litem,
18  SHANNON GRIFFITH,

19                  Plaintiffs,
            -v-
20
    COUNTY OF GLENN; GLENN COUNTY
21  SHERIFF'S DEPARTMENT; LARRY
    JONES, LT. TIM ASBURY, LT.
22  REVOLINSKI, LT. WARREN, SGT.
    WHITE, DEE DEE NELSON, AND E.
23  CHAVEZ, individually; GLENN MEDICAL
    CENTER, INC., and DOES 1 to 50,
24  Inclusive;

25                  Defendants.
    _____/
26

27  / / /

28  / / /

                                1

00046916   STIPULATION AND PROPOSED ORDER REGARDING DISMISSAL

1      The parties herein stipulate that the dismissal in this matter will be filed within 45 days of the

2  Court's ruling on the Minor's Compromise.

3

4  DATED:  February 23, 2012.              WILCOXEN CALLAHAM, LLP

5

6

                                By:    /s/ - E. S. Deacon

7                                        E. S. DEACON # 127638
                                        Attorneys for Plaintiffs ESTATE OF JESSIE P.

8                                        CONTRERAS, by and through his Special
                                        Administrator, LEONOR CONTRERAS;

9                                        LEONOR CONTRERAS, mother of JESSIE P.
                                        CONTRERAS, deceased, individually; and

10                                     JANINE ARLETTE LAUREANA ARANDA,
                                      a Minor, daughter of JESSIE P. CONTRERAS,

11                                     deceased, individually, by and through her
                                      guardian ad-litem, SHANNON GRIFFITH

12

13

  DATED:  February 23, 2012.              STEWART HUMPHERYS

14                                    MOLIN & GRIFFITH, LLP

15

16                               By:    /s/ - Richard Molin
                                        Richard Molin #  066894

17                                        Attorneys for Plaintiffs ESTATE OF JESSIE P.
                                      CONTRERAS, by and through his Special

18                                      Administrator, LEONOR CONTRERAS;
                                      LEONOR CONTRERAS, mother of JESSIE P.

19                                      CONTRERAS, deceased, individually; and
                                      JANINE ARLETTE LAUREANA ARANDA,

20                                      a Minor, daughter of JESSIE P. CONTRERAS,
                                      deceased, individually, by and through her

21                                      guardian ad-litem, SHANNON GRIFFITH

22

23  DATED:  February 23, 2012.              LAW OFFICES OF DENNIS HALSEY

24

25

                                  By:    /s/ - Dennis Halsey

26                                        Dennis Halsey
                                      Attorneys for Defendants, TIMOTHY

27                                      ASBURY, RICHARD WARREN, PHILIP
                                      REVOLINSKY, HAROLD WHITE, DEE DEE

28                                      NELSON, AND EMMANUEL CHAVEZ

00046916    STIPULATION AND PROPOSED ORDER REGARDING DISMISSAL

1   DATED: February 23, 2012.                    LAW OFFICES OF LEONARD G. KRUP

2

3
                                        By:    /s/ - Leonard G. Krup
4                                              Leonard G. Krup
                                               Attorneys for Defendants, COUNTY OF
5                                              GLENN, GLENN COUNTY SHERIFF'S
                                               DEPARTMENT, AND SHERIFF LARRY
6                                              JONES

7
     DATED: February 23, 2012.                 SCHUERING ZIMMERMAN & DOYLE, LLP
8

9

10                                      By:    /s/ - Robert Zimmerman
                                               Robert H. Zimmerman
11                                             Attorneys for Defendant GLENN MEDICAL
                                               CENTER, INC.
12

13

14

15                                      **ORDER**

16       **IT IS SO ORDERED:**   The dismissal in this matter shall be filed within 45 days of the

17   Court's ruling on the Minor's Compromise.

18

19

20                                      /s/ John A. Mendez
                                        UNITED STATES DISTRICT COURT JUDGE,
21                                      EASTERN DISTRICT **OF CALIFORNIA**

22

23

24

25

26

27

28

                                        3

| 1 | **Estate of Jessie P. Contreras v. County of Glenn, et al.**           **2:09-CV-02468-JAM-EFB** |

**PROOF OF SERVICE**

I am a citizen of the United States, and employed in the County of Sacramento.  I am over the age of eighteen (18) years, and not a party to the within above-entitled action.  My business address is 2114 K Street, Sacramento, CA 95816.  I served:

**STIPULATION AND PROPOSED ORDER REGARDING DISMISSAL**

on each party listed hereinbelow, via the following method:

| | |
|---|---|
| Robert H. Zimmerman, Esq.<br>Schuering Zimmerman & Doyle, LLP<br>400 University Avenue<br>Sacramento, California 95825-6502<br>916-567-0400<br>F: 916-568-0400<br>rhz@szs.com<br>Attorneys for Defendant GLENN MEDICAL CENTER, INC. | Richard J. Molin, Esq.<br>Stewart Humperys Molin & Griffith, LLP<br>Post Office Box 720<br>Chico, California 95927<br>(530) 891-6111<br>F: (530) 894-2103<br>richard@chicolaw.com<br>Co-Counsel and Attorneys for Plaintiffs, ESTATE OF JESSIE P. CONTRERAS, by and through his Special Administrator, LEONOR CONTRERAS; LEONOR CONTRERAS, mother of JESSIE P. CONTRERAS, deceased, individually; and JANINE ARLETTE LAUREANA ARANDA, a Minor, daughter of JESSIE P. CONTRERAS, deceased, individually, by and through her guardian ad litem, SHANNON GRIFFITH |
| Leonard G. Krup, Esq.<br>Attorney at Law<br>510 W. Wood Street<br>Willows, California 95988<br>(530) 798-5022<br>F: (530) 934-8090<br>gkrup@aol.com<br>Attorney for Defendants COUNTY OF GLENN, GLENN COUNTY SHERIFF'S DEPARTMENT, AND SHERIFF LARRY JONES | Dennis Halsey, Esq.<br>Law Offices of Dennis Halsey<br>9 Highland Circle<br>Chico, California 95926<br>(530) 345-1976<br>No fax number.<br>dhlaw1@hotmail.com<br>Attorney for Defendants TIMOTHY ASBURY, PHILIP REVOLINSKY, RICHARD WARREN, HAROLD WHITE, DEE DEE NELSON, AND EMMANUEL CHAVEZ |

  **XXX**   **Via U.S. Postal Service**.  By depositing for collection and mailing, following ordinary business practices (I am familiar with the business practices of the law offices of Wilcoxen Callahan Montgomery & Deacon for collecting and processing mail, and know that the mail in said office is collected and processed so that this piece of mail was deposited with the United States Postal Service on the same date indicated hereinbelow), a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 27, 2012, at Sacramento, California.

/s/ Holly Mills
_____
Holly Mills

4