RICHARD J. MOLIN (SBN 066894)
EDWARD V. RIZZUTO (SBN 250930)
**STEWART HUMPHERYS**
**MOLIN & GRIFFITH, LLP**
Post Office Box 720
Chico, California 95927
(530) 891-6111
Fax: (530) 894-2103

DANIEL E. WILCOXEN (SBN 054805)
E. S. DEACON (SBN 127638)
**WILCOXEN CALLAHAM, LLP**
2114 K Street
Sacramento, California 95816
Telephone: (916) 442-2777
Facsimile: (916) 442-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JESSIE P. CONTRERAS, by and through his Special Administrator, LEONOR CONTRERAS; LEONOR CONTRERAS, mother of JESSIE P. CONTRERAS, deceased, individually; and JANINE ARLETTE LAUREANA ARANDA, a Minor, daughter of JESSIE P. CONTRERAS, deceased, individually, by and through her guardian ad-litem, SHANNON GRIFFITH,<br><br>Plaintiffs,<br>-v-<br><br>COUNTY OF GLENN; GLENN COUNTY SHERIFF'S DEPARTMENT; LARRY JONES, LT. TIM ASBURY, LT. REVOLINSKI, LT. WARREN, SGT. WHITE, DEE DEE NELSON, AND E. CHAVEZ, individually; GLENN MEDICAL CENTER, INC., and DOES 1 to 50, Inclusive;<br><br>Defendants.<br>_____ / | Case No. 2:09-CV-02468-JAM-EFB<br><br>NOTICE OF MOTION AND MOTION FOR APPROVAL OF PROPOSED SETTLEMENT OF MINOR'S CLAIM<br><br>Date:       May 2, 2012<br>Time:       9:30 a.m.<br>Location:   Courtroom 6, 14th Floor |

**NOTICE IS HEREBY GIVEN** that on May 2, 2012, at 9:30 a.m. in Courtroom 6, 14th Floor, located at the United States District Court, Eastern District of California, 501 I Street, Sacramento,

1

California, Plaintiff JANINE ARLETTE LAUREANA ARANDA (aka JANINE ARLETTE CONTRERAS LAUREANO) by and through her Guardian Ad Litem herein, SHANNON GRIFFITH, will move the Court to approve the Proposed Settlement of said minor's claims against the Defendants in this matter.

This motion to approve the proposed settlement of the minor herein is being brought pursuant to the provisions of Federal Rule of Civil Procedure Rules 17 and 78 and pursuant to the Local Rules of the United States District Court for the Eastern District of California Rules 202 and 230.

This motion will be based on this Notice of Motion, on the attached Memorandum of Points and Authorities, on the pleadings, records, and files in this action, and such other material as the Court may deem proper.

DATED: March 6, 2012.                                   WILCOXEN CALLAHAM, LLP

                                        By:   /s/ - E. S. Deacon
                                              E. S. DEACON # 127638
                                              Attorneys for Plaintiffs ESTATE OF JESSIE P.
                                              CONTRERAS, by and through his Special
                                              Administrator, LEONOR CONTRERAS;
                                              LEONOR CONTRERAS, mother of JESSIE P.
                                              CONTRERAS, deceased, individually; and
                                              JANINE ARLETTE LAUREANA ARANDA,
                                              a Minor, daughter of JESSIE P. CONTRERAS,
                                              deceased, individually, by and through her
                                              guardian ad-litem, SHANNON GRIFFITH

DATED: March 6, 2012.                                   STEWART HUMPHERYS MOLIN
                                                        & GRIFFITH, LLP

                                        By:   /s/ - Richard Molin
                                              Richard Molin # 066894
                                              Attorneys for Plaintiffs ESTATE OF JESSIE P.
                                              CONTRERAS, by and through his Special
                                              Administrator, LEONOR CONTRERAS;
                                              LEONOR CONTRERAS, mother of JESSIE P.
                                              CONTRERAS, deceased, individually; and
                                              JANINE ARLETTE LAUREANA ARANDA,
                                              a Minor, daughter of JESSIE P. CONTRERAS,
                                              deceased, individually, by and through her
                                              guardian ad-litem, SHANNON GRIFFITH

| | |
|---|---|
| 1 | Estate of Jessie P. Contreras v. County of Glenn, et al.    2:09-CV-02468-JAM-EFB |

## PROOF OF SERVICE

I am a citizen of the United States, and employed in the County of Sacramento. I am over the age of eighteen (18) years, and not a party to the within above-entitled action. My business address is 2114 K Street, Sacramento, CA 95816. I served:

**NOTICE OF MOTION AND MOTION FOR APPROVAL
OF PROPOSED SETTLEMENT OF MINOR'S CLAIM**

on each party listed hereinbelow, via the following method:

| | |
|---|---|
| Robert H. Zimmerman, Esq.<br>Schuering Zimmerman & Doyle, LLP<br>400 University Avenue<br>Sacramento, California 95825-6502<br>916-567-0400<br>F: 916-568-0400<br>rhz@szs.com<br>Attorneys for Defendant GLENN MEDICAL CENTER, INC. | Richard J. Molin, Esq.<br>Stewart Humperys Molin & Griffith, LLP<br>Post Office Box 720<br>Chico, California 95927<br>(530) 891-6111<br>F: (530) 894-2103<br>richard@chicolaw.com<br>Co-Counsel and Attorneys for Plaintiffs, ESTATE OF JESSIE P. CONTRERAS, by and through his Special Administrator, LEONOR CONTRERAS; LEONOR CONTRERAS, mother of JESSIE P. CONTRERAS, deceased, individually; and JANINE ARLETTE LAUREANA ARANDA, a Minor, daughter of JESSIE P. CONTRERAS, deceased, individually, by and through her guardian ad litem, SHANNON GRIFFITH |
| Leonard G. Krup, Esq.<br>Attorney at Law<br>510 W. Wood Street<br>Willows, California 95988<br>(530) 798-5022<br>F: (530) 934-8090<br>gkrup@aol.com<br>Attorney for Defendants COUNTY OF GLENN, GLENN COUNTY SHERIFF'S DEPARTMENT, AND SHERIFF LARRY JONES | Dennis Halsey, Esq.<br>Law Offices of Dennis Halsey<br>9 Highland Circle<br>Chico, California 95926<br>(530) 345-1976<br>No fax number.<br>dhlaw1@hotmail.com<br>Attorney for Defendants TIMOTHY ASBURY, PHILIP REVOLINSKY, RICHARD WARREN, HAROLD WHITE, DEE DEE NELSON, AND EMMANUEL CHAVEZ |

__XXX__  **Via U.S. Postal Service.** By depositing for collection and mailing, following ordinary business practices (I am familiar with the business practices of the law offices of Wilcoxen Callahan Montgomery & Deacon for collecting and processing mail, and know that the mail in said office is collected and processed so that this piece of mail was deposited with the United States Postal Service on the same date indicated hereinbelow), a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 23, 2012, at Sacramento, California.

___/s/ Holly Mills_____<br>Holly Mills

NOTICE OF MOTION AND MOTION FOR APPROVAL OF PROPOSED
SETTLEMENT OF MINOR'S CLAIM

00046938