RICHARD J. MOLIN (SBN 066894)
EDWARD V. RIZZUTO (SBN 250930)
**STEWART HUMPHERYS**
**MOLIN & GRIFFITH, LLP**
Post Office Box 720
Chico, California 95927
(530) 891-6111
Fax: (530) 894-2103

DANIEL E. WILCOXEN (SBN 054805)
E. S. DEACON (SBN 127638)
**WILCOXEN CALLAHAM, LLP**
2114 K Street
Sacramento, California 95816
Telephone: (916) 442-2777
Facsimile: (916) 442-4118

Attorneys for Plaintiffs

FILED

APR 30 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JESSIE P. CONTRERAS, by and through his Special Administrator, LEONOR CONTRERAS; LEONOR CONTRERAS, mother of JESSIE P. CONTRERAS, deceased, individually; and JANINE ARLETTE LAUREANA ARANDA, a Minor, daughter of JESSIE P. CONTRERAS, deceased, individually, by and through her guardian ad-litem, SHANNON GRIFFITH,<br><br>Plaintiffs,<br>-v-<br><br>COUNTY OF GLENN; GLENN COUNTY SHERIFF'S DEPARTMENT; LARRY JONES, LT. TIM ASBURY, LT. REVOLINSKI, LT. WARREN, SGT. WHITE, DEE DEE NELSON, AND E. CHAVEZ, individually; GLENN MEDICAL CENTER, INC., and DOES 1 to 50, Inclusive;<br><br>Defendants.<br>_____ / | Case No. 2:09-CV-02468-JAM-EFB<br><br>ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT<br><br>Date: May 2, 2012<br>Time: 9:30 a.m.<br>Location: Courtroom 6, 14th Floor |

/ / /

/ / /

1

00047927  ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT

1. The petition of Shannon Griffith, as Guardian Ad Litem for minor, JANINE ARLETTE CONTRERAS LAUREANO to deposit funds in a blocked account came on for hearing on May 2, 2012 at 9:30 a.m. in Courtroom 6 of the United States District Court for the Eastern District of California.

**THE COURT ORDERS:**

2. Money that belongs to minor, JANINE ARLETTE CONTRERAS LAUREANO shall be deposited in an interest-bearing federally insured blocked account or accounts.

3. Each account shall indicate the name of the minor or other person who owns the account.

4. The total amount authorized for deposit, including any accrued interest is Twenty Thousand Dollars ($20,000.00).

5. Withdrawals

(a) The blocked account or accounts belong to the minor. The minor was born on July 16, 2000. No withdrawals of principal or interest shall be made from the blocked account or accounts without a written order under this case name and number signed by a judge, and bearing the seal of this Court until the minor attains the age of 18 years. When the minor attains the age of 18 years, the depository, **without further order of this Court, is authorized and directed to pay by check or draft directly to the former minor,** upon proper demand, all monies including interest deposited under this order. The money on deposit is not subject to escheat.

6. The petitioner and the petitioner's attorney, if any, shall deliver a copy of this Order to each depository in which funds are deposited under this Order. The depository's acknowledgment of receipt of the Order and the funds shall be filed with this court within fifteen days of deposit.

DATED: 4-30-2012

By: _____
JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1 | RICHARD J. MOLIN (SBN 066894) |
| | EDWARD V. RIZZUTO (SBN 250930) |
| 2 | **STEWART HUMPHERYS** |
| | **MOLIN & GRIFFITH, LLP** |
| 3 | Post Office Box 720 |
| | Chico, California 95927 |
| 4 | (530) 891-6111 |
| | Fax: (530) 894-2103 |
| 5 | |
| 6 | DANIEL E. WILCOXEN (SBN 054805) |
| | E. S. DEACON (SBN 127638) |
| 7 | **WILCOXEN CALLAHAM, LLP** |
| | 2114 K Street |
| 8 | Sacramento, California 95816 |
| | Telephone: (916) 442-2777 |
| 9 | Facsimile: (916) 442-4118 |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JESSIE P. CONTRERAS, by and through his Special Administrator, LEONOR CONTRERAS; LEONOR CONTRERAS, mother of JESSIE P. CONTRERAS, deceased, individually; and JANINE ARLETTE LAUREANA ARANDA, a Minor, daughter of JESSIE P. CONTRERAS, deceased, individually, by and through her guardian ad-litem, SHANNON GRIFFITH, <br><br> Plaintiffs, <br> -v- <br><br> COUNTY OF GLENN; GLENN COUNTY SHERIFF'S DEPARTMENT; LARRY JONES, LT. TIM ASBURY, LT. REVOLINSKI, LT. WARREN, SGT. WHITE, DEE DEE NELSON, AND E. CHAVEZ, individually; GLENN MEDICAL CENTER, INC., and DOES 1 to 50, Inclusive; <br><br> Defendants. <br> _____ / | Case No. 2:09-CV-02468-JAM-EFB <br><br> RECEIPT AND ACKNOWLEDGMENT OF ORDER FOR THE DEPOSIT OF MONEY INTO BLOCKED ACCOUNT <br><br> Date: May 2, 2012 <br> Time: 9:30 a.m. <br> Location: Courtroom 6, 14th Floor |

///

1

| | |
|---|---|
| 1 |     1. I acknowledge receipt of the *Order To Deposit Money Into Blocked Account,* a copy of |
| 2 | which is attached. |
| 3 |     2. The account described below in which funds have been deposited under the Court's Order |
| 4 | is a federally insured blocked account. |
| 5 | **3. Name and title on the account:** |
| 6 | Shannon Griffith as Guardian ad Litem for minor, JANINE ARLETTE CONTRERAS |
| 7 | LAUREANO, a minor, for whom said deposit is being made. |
| 8 | **4. Name of depository:** |
| 9 | (a) Branch: Bank of Sacramento |
| 10 | (b) Address: 1750 Howe Avenue, Sacramento, California 95825 |
| 11 | **5. Account number:** |
| 12 | 0150031565 |
| 13 | **6. Date account opened:** |
| 14 | **7. Amount of initial deposit:** |
| 15 | Twenty Thousand Dollars ($20,000.00) |
| 16 | |
| 17 |     I certify that I'm authorized to execute this receipt and acknowledgment, and that no |
| 18 | withdrawal of principal or interest from this account will be permitted without a signed court order |
| 19 | under this case and number, bearing a seal of this Court before the minor's 18th birthday on |
| 20 | July 16, 2018 after which no court order is required and this bank is authorized and directed to pay by |
| 21 | check or draft directly to the former minor, upon proper demand, all monies including interest |
| 22 | deposited into the above-referenced account. |
| 23 | |
| 24 | DATE: |
| 25 |                                                 Type or Print Name |
| 26 | |
| 27 |                                                 Authorized Signature |
| 28 | |