RICHARD J. MOLIN (SBN 066894)
EDWARD V. RIZZUTO (SBN 250930)
**STEWART HUMPHERYS**
**MOLIN & GRIFFITH, LLP**
Post Office Box 720
Chico, California 95927
(530) 891-6111
Fax: (530) 894-2103

DANIEL E. WILCOXEN (SBN 054805)
E. S. DEACON (SBN 127638)
**WILCOXEN CALLAHAM, LLP**
2114 K Street
Sacramento, California 95816
Telephone: (916) 442-2777
Facsimile: (916) 442-4118

Attorneys for Plaintiffs

**FILED**

APR 30 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JESSIE P. CONTRERAS, by and through his Special Administrator, LEONOR CONTRERAS; LEONOR CONTRERAS, mother of JESSIE P. CONTRERAS, deceased, individually; and JANINE ARLETTE LAUREANA ARANDA, a Minor, daughter of JESSIE P. CONTRERAS, deceased, individually, by and through her guardian ad-litem, SHANNON GRIFFITH,<br><br>Plaintiffs,<br>-v-<br><br>COUNTY OF GLENN; GLENN COUNTY SHERIFF'S DEPARTMENT; LARRY JONES, LT. TIM ASBURY, LT. REVOLINSKI, LT. WARREN, SGT. WHITE, DEE DEE NELSON, AND E. CHAVEZ, individually; GLENN MEDICAL CENTER, INC., and DOES 1 to 50, Inclusive;<br><br>Defendants.<br>_____/ | Case No. 2:09-CV-02468-JAM-EFB<br><br>PROPOSED ORDER APPROVING COMPROMISE OF MINOR'S PENDING CLAIM<br><br>Date: May 2, 2012<br>Time: 9:30 a.m.<br>Location: Courtroom 6, 14th Floor |

///

1

|   | |
|---|---|
| 1 | The motion for approval of the proposed settlement of minor JEANINE ARLETTE LAUREANA ARANDA (aka JEANINE ARTLETTE CONTRERAS LAUREANO) came on regularly for hearing before this Court on May 2, 2012 at 9:30 a.m. in Courtroom 6 of the United States District Court for the Eastern District of California. |

After due consideration of the notice of motion, memorandum of points and authorities in support thereof, supporting documentation and oral presentation by the attorneys for the minor Plaintiff, the court finds that it is in the best interest of the minor to approve the proposed settlement as follows:

IT IS ORDERED that,

1. That the settlement of the minor's claim based upon the causes of action set forth in the operative Second Amended Complaint on file herein in the amount of Three Hundred and Seventy-Two Thousand, Five Hundred Dollars ($372,500.00) is approved;

2. That itemized legal costs necessarily incurred in the prosecution of this matter plus the payment of funeral expenses ought to be paid from the minor's settlement in the amount of $ 13,145.99;

3. That from the minor's settlement attorney's fees are to be paid in the amount of $119,772.69;

4. That after deduction of attorney's fees, costs and funeral expenses the net amount remaining for the minor is $239,581.32;

5. That from the net amount remaining for the minor there be deposited in a federally insured blocked account at the Bank of Sacramento branch located at 1750 Howe Avenue, Sacramento, California 95825; account number 0150031565 the amount of $ 20,000.00;

6. That the remaining amount of $219,581.32 be utilized to purchase a single premium deferred annuity for the benefit of said minor through The Prudential Life Insurance Company of America as more particularly set forth in Exhibit H to the minor's motion for approval of the proposed settlement of the minor's claims in this matter;

PROPOSED ORDER APPROVING COMPROMISE OF MINOR'S PENDING CLAIM
00047955

7. That the attorneys for said minor submit an Order to Deposit $20,000.00 into a blocked account to the above-described Bank of Sacramento branch located in Sacramento, California; and

8. That a Receipt and Acknowledgment of the Order for the Deposit of Money into the above-described blocked account be executed and returned and filed with this court within fifteen days of the deposit referenced hereinabove.

IT IS SO ORDERED.

DATED: 4-30-12

Honorable John A. Mendez
Judge of the United States District Court For
The Eastern District of California

PROPOSED ORDER APPROVING COMPROMISE OF MINOR'S PENDING CLAIM

00047955